# United States Court of Appeals
### For the Eighth Circuit
_____

No. 21-3200
_____

Bamma Franklin

*Plaintiff - Appellant*

v.

Drew County Sanitation

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas
_____

Submitted: August 25, 2022
Filed: August 30, 2022
[Unpublished]
_____

Before LOKEN, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Bamma Franklin appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. After careful review of the record

_____

[1]The Honorable Lee P. Rudofsky, United States District Judge for the Eastern District of Arkansas.

and the parties' arguments on appeal, we conclude the grant of summary judgment was proper for the reasons stated on the record by the district court. *See Banks v. John Deere & Co.*, 829 F.3d 661, 665 (8th Cir. 2016) (reviewing de novo grant of summary judgment). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____